**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 12-00877-04-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Guadalupe Velazquez, | |
| Defendant. | |

Before the Court is Defendant's Notice to the Court Re: Motions Deadline (Doc. 1080) and the Response (1094). No Reply was filed. The Notice is not a motion and does not seek any relief from the Court. Rather, it announces an intention to file further motions beyond the deadline. Treating the Notice as a motion for that or any relief, it will be denied.

IT IS THEREFORE ORDERED that Defendant's Notice to the Court Re: Motions Deadline (Doc. 1080), treating it as a motion for any relief, is denied.

Dated: May 8, 2019.

Neil V. Wake
Senior United States District Judge