**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 12-00877-04-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Guadalupe Velazquez, | |
| Defendant. | |

Before the Court is Defendant's Motion to Suppress Evidence Obtained Via GPS Tracking of Vehicles (Soc. 1078) and the Response (Doc. 1093). No reply was filed. Neither party requested oral argument.

There is no basis to exclude the information obtained after search warrants were obtained on February 8, 2012. Defendant's request to do so is groundless.

Defendant also seeks to suppress the information obtained from the tracking devices from the time they were installed in public places without warrant until *United States v. Jones*, 565 U.S. 400 (2012), was decided on January 23, 2012. Ninth Circuit authority is squarely to the contrary, authority that Defendant did not cite or discuss in her Motion and to which she offers no reply. *United States v. Pineda-Moreno*, 688 F.3d 1087, 1090 (9th Cir. 2012); *cf. United States v. Pineda-Moreno*, 591 F.3d 1212, 1214-15 (9th Cir. 2010) (discussing pre-*Jones* Ninth Circuit precedents). The devices were

installed in reasonable good faith reliance on prior Ninth Circuit authority under which a warrant was not required.  The reasonable good faith defeats suppression.

IT IS THEREFORE OREDERED that Defendant's Motion to Suppress Evidence Obtained Via GPS Tracking of Vehicles (Soc. 1078) is denied.

Dated: May 8, 2019.

_____
Neil V. Wake
Senior United States District Judge